UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRYL MCGORE, #142739,

    Plaintiff,

v.                                                      Civil Case No. 17-13320
                                                        Honorable Linda V. Parker

HAZEL PARK POLICE OFFICER
KENNETH SHENK, DETROIT POLICE
COMMISSIONERS AND CITY MANAGERS,
and MAYOR OF DETROIT,

    Defendants.
_____/

## **OPINION AND ORDER DENYING MOTIONS TO RESCHEDULE HEARING (ECF Nos. 8 & 9)**

On October 6, 2017, Michigan prisoner Darryl McGore ("Plaintiff") filed a *pro se* complaint, as well as an application to proceed without prepayment of the filing fee for this action pursuant to 28 U.S.C. § 1915(a)(1). In an Opinion and Order dated November 16, 2017, this Court denied Plaintiff's application to proceed without prepayment of fees or costs and dismissed the complaint without prejudice pursuant to 28 U.S.C. § 1915(g).

Presently before the Court are Plaintiff's Motions to Reschedule Hearing filed December 8, 2017 and December 11, 2017 (ECF Nos. 8 & 9). However, there is currently no hearing scheduled in this case. The case was dismissed, without prejudice, and closed on November 16, 2017.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motions to Reschedule Hearing (ECF Nos. 8 & 9) are **DENIED**.

s/ Linda V. Parker  
LINDA V. PARKER  
U.S. DISTRICT JUDGE

Dated: December 21, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, December 21, 2017, by electronic and/or U.S. First Class mail.

s/ R. Loury  
Case Manager