UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRYL MCGORE, #142739,

       Plaintiff,

v.                                                                                    Civil Case No. 17-13320
                                                                                      Honorable Linda V. Parker

HAZEL PARK POLICE OFFICER
KENNETH SHENK, DETROIT POLICE
COMMISSIONERS AND CITY MANAGERS,
and MAYOR OF DETROIT,

       Defendants.
_____/

## ORDER DENYING PLAINTIFF'S MOTION TO ADD AND AMEND COMPLAINT (ECF No. 13)

On October 6, 2017, Michigan prisoner Darryl McGore ("Plaintiff") filed a

*pro se* complaint, as well as an application to proceed without prepayment of the

filing fee for this action pursuant to 28 U.S.C. § 1915(a)(1). In an Opinion and

Order dated November 16, 2017, this Court denied Plaintiff's application to

proceed without prepayment of fees or costs and dismissed the complaint without

prejudice pursuant to 28 U.S.C. § 1915(g). To be clear, the Court dismissed

Plaintiff's case, without prejudice, which means if Plaintiff wishes to reopen his

case, he must do so at his own expense for the reasons stated in the Court's

November 16, 2017 Opinion and Order.

Accordingly, Plaintiff's request is denied because this case was closed and

dismissed, without prejudice, on November 16, 2017.

**IT IS ORDERED** that Plaintiff's Motion to Add and Amend Complaint

(ECF No. 13) is **DENIED**.


Dated:  January 31, 2018        s/Linda V. Parker
                                  U.S. District Court Judge


I hereby certify that a copy of the foregoing document was served upon counsel of
record on January 31, 2018, by electronic and/or ordinary mail.

                                  s/Julie Owens acting in the Absence of Richard Loury
                                  Case Manager